```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 01430
   BRADLEY SCOTT CASS
   SHARA LEE CASS                              CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-9842    SSN XXX-XX-2214
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/16/06 and confirmed on 04/13/06.

2. The case was dismissed after confirmation, 09/06/2007.

3. The Debtor paid a total of $ 37698.05 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | 20963.58 | .00 | 20963.58 |
| EMC MORTGAGE | MORTGAGE ARRE | 4697.42 | .00 | .00 |
| EMC MORTGAGE | SECURED | 6261.65 | .00 | 6261.65 |
| EMC MORTGAGE | MORTGAGE ARRE | 704.78 | .00 | .00 |
| NATIONAL BANK OF SYCAMOR | SECURED VEHIC | 12025.00 | 1026.05 | 4171.93 |
| ECAST SETTLEMENT CORP | SECURED | 7200.00 | 635.16 | 2120.85 |
| ECAST SETTLEMENT CORP | SECURED | 1000.00 | 50.12 | 468.80 |
| ECAST SETTLEMENT CORP | SECURED | 50.00 | 1.53 | 50.00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10096.21 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 732.54 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 699.56 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN COMMUNITY COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 371.87 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 904.11 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 503.20 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4733.76 | .00 | .00 |
| ICS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KANE COUNTY TEACHERS CU | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TEACHERS CU | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 151.75 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 380.72 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 508.45 | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL BANK OF SYCAMOR | UNSECURED | 428.01 | .00 | .00 |

```
ECAST SETTLEMENT CORP      UNSECURED          58.66              .00            .00
ECAST SETTLEMENT CORP      UNSECURED         922.83              .00            .00
ECAST SETTLEMENT CORP      UNSECURED         323.56              .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  52902.43          .00     20815.23          .00      73717.66
PRINCIPAL PAID      34036.81          .00          .00          .00      34036.81
INTEREST PAID        1712.86          .00          .00          .00       1712.86
TOTAL PAID          35749.67          .00          .00          .00      35749.67
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    100.00   direct and $     563.55   through the plan.

The Trustee received $    1384.83 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/18/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 01430 BRADLEY SCOTT CASS & SHARA LEE CASS